UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. NO. 16-40077 |
| v. | ) |
| | ) |
| TELES CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |

# COMPLAINT

The United States of America, by its attorneys, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Brendan T. Mockler, Assistant United States Attorney, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the Department of The Treasury's Financial Management Services, (hereinafter "FMS") on behalf of the Department of Labor (hereinafter "DOL"). The debt was referred to FMS in accordance with the Debt Collections Improvement Act of 1996 (DCIA) (31 U.S.C. § 3701 et seq.).

3. The defendant, Teles Construction, Inc (hereinafter "Teles"), is a corporation whose last known address is in Clinton, MA.

4. FMS has referred the case to the United States for litigation and collection of penalties arising out of Occupational Safety and Health Administration (hereinafter "OSHA") violations.

5. On or about October 4, 2010 the DOL conducted inspection number 313803470 of the Teles construction site located at Chancery Street in New Bedford, MA.

6. On or about March 10, 2011 a Citation and Notification with invoice was sent to the debtor.  (*See* Exhibit A).

7. On or about March 11, 2011 DOL received a letter of contest. A conference was scheduled for March. 22, 2011. (*See* Exhibit B).

8. An administrative Complaint was filed by DOL on or about May 11, 2011. An Order to Show Cause was issued on or about July 7, 2011, and the Order was issued on or about September 22, 2011. (*See* Exhibit C).

9. On or about March 20, 2015 DOL sent a final Demand Letter, and on or about June 19, 2015 FMS sent a final Demand. (*See* Exhibit D).

10. Teles Construction, Inc is indebted to the United States in the principal amount of $23,760.00, $15,556.74 in penalties and fees, and $909.06 in interest, plus interest that continues to accrue at the rate of 1 percent per annum. As of October 16, 2015 Teles is indebted to the United States in the total amount of $40,225.80.  (*See* Exhibit E).

11. Teles Construction, Inc has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against Teles Construction, Inc in the principal amount of $23,760.00; 10,221.16 administrative charge; $5,335.58 penalty; and $909.06 in interest accrued through October 16, 2015; plus accruing interest at the annual rate of 1 per annum until the date of judgment.  The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

                                Respectfully submitted,

                                UNITED STATES OF AMERICA
                                By its attorneys

                                CARMEN M. ORTIZ
                                United States Attorney

By:   */s/ Brendan T. Mockler*
       BRENDAN T. MOCKLER
       Assistant United States Attorney
       Bar Admission Number 4549382 (NY)
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       Tel. No. (617) 748-3197
       Fax No. (617) 748-3972
DATE: June 16, 2016       Brendan.Mockler@usdoj.gov